# IN THE UNITED STATES DISTRCIT COURT
# EASTERN DISRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **BRYAN TRAVIS ROBISON**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 4:18-CV-01527-CDP |
| ) | |
| **DEPARTMENT OF INSURANCE,** ) | |
| **FINANCIAL INSTITUTIONS AND** ) | |
| **PROFESSIONAL REGISTRATION, ET AL.**, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S FIRST MOTION FOR SANCTIONS AGAINST DEFENDANT DIFP PURSUANT TO RULES 37(c)(1) AND 56(h)

For reasons set forth in the accompanying Memorandum of Law, which is incorporated by reference, Plaintiff **BRYAN T. ROBISON** moves this Court for an Order sanctioning Defendant DIFP for failing to produce a document pursuant to this Court's December 26, 2018, scheduling order and Plaintiff's July 30, 2019, discovery request, in addition to Defendant's discovery obligations under Rule 26(e). In support of this Motion, the following documents are filed concurrently with this Motion:

1.  Memorandum in Support and its attached exhibits; and

2.  Declaration of Chelsea K. Merta in Support of Motion for Sanctions.

Dated: November 25, 2019

        Respectfully submitted,

        /s/ Chelsea K. Merta
        Chelsea K. Merta (66876MO)
        2631 Gravois Avenue, Suite 314
        St. Louis, Missouri 63118
        Office: (314) 896 - 3782
        Email: chelsea@lotuslawllc.com
        **Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via the U.S. District Court's ECF System this 25th day of November, 2019, upon the following attorneys of record:

**Richard Groeneman**
Missouri Attorney General's Office
815 Olive Street, Suite 200
St. Louis, Missouri 63101
Richard.Groeneman@ago.mo.gov

Attorney for Defendants

        /s/ Chelsea K. Merta
        **Attorney for Plaintiff**