Jeremiah W. (Jay) Nixon
Governor
State of Missouri



Department of Insurance
Financial Institutions
and Professional Registration
John M. Huff, Director

CONSUMER AFFAIRS DIVISION

July 29, 2016

Stephen Robison, Sr.
2443 Waterfront Dr
Imperial, MO  63052

RE:   Bryan Robison

Dear Mr. Robison:

Effective immediately, Bryan Robison is no longer authorized to conduct general bail bond business in the State of Missouri. Therefore, you are no longer able to write a power of attorney under the authority of Bryan Robison.

Please notify the Licensing Section within 30 days from the date of this letter of the name of the general bail bond agent under whose authority you will write bail bonds by completing and returning the enclosed Change of Bail Bond Status form. You and your new general bail bond agent must sign this form. You may not write bail bonds until you have notified this office of the name of your new general bail bond agent.

Failure to respond to this letter could result in administrative action against your license. Should you wish to cancel your bail bond agent license, please surrender your license and notify the Department in writing.

If you have any questions, please contact me at the email address or telephone number listed below.

Sincerely,

Kevin Davidson
Special Investigator
573-751-3497
kevin.davidson@insurance.mo.gov

301 West High Street, Room 530, P.O. Box 690 • Jefferson City, Missouri 65102-0690•
Telephone 573/751-4126 • TDD 1-573-526-4536 (Hearing Impaired)
http://www.difp.mo.gov

Scanned by CamScanner