**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| BRYAN TRAVIS ROBISON,               )<br>                                                             )<br>                        Plaintiff,         )<br>                                                             )<br>        v.                                                )    Case No. 4:18-cv-1527-MTS<br>                                                             )<br>DEPARTMENT OF INSURANCE,      )<br>FINANCIAL INSTITUTION AND     )<br>PROFESSIONAL REGISTRATION, *et al.*,  )<br>                                                             )<br>                        Defendants.    ) | |

### MEMORANDUM AND ORDER

Plaintiff filed a Motion For Issuance Of Subpoenas *In Forma Pauperis*, Doc. [185]. Previously, the Court granted Plaintiff's request for leave to proceed in this matter *in forma pauperis* and ordered the Clerk to issue process on Plaintiff's Complaint. *See* Doc. [4].

In the current Motion, Plaintiff requests that the Court issue subpoenas to be served by the Office of the U.S. Marshals, to the following eight material witnesses:  Stephen Robison, Sr., David Everingham, Carmen Crites, John Huff, Kevin Davidson, Carrie Couch, Mary Johnson, and Karen Crutchfield.  Plaintiff submitted a subpoena for each witness with their name and address. Docs. [185-1]–[185-8].  The IFP statute states that "[t]he officers of the court shall issue and serve all process, and perform all duties in such cases. Witnesses shall attend as in other cases, and the same remedies shall be available as are provided for by law in other cases." 28 U.S. C. § 1915(d).

**IT IS HEREBY ORDERED** that Plaintiff's Motion For Issuance Of Subpoenas *In Forma Pauperis*, Doc. [185], is GRANTED.

**IT IS FURTHER ORDERED** that the Clerk of Court shall issue a subpoena to the eight witnesses named in this Order for the September 7, 2022, Trial.

1

**IT IS FINALLY ORDERED** that the United States Marshal Service shall serve the subpoenas on the eight witnesses named in this Order at the addresses listed in Plaintiff's attached subpoenas.

Dated this 15th day of August, 2022

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE