# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| BRYAN TRAVIS ROBISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:18-cv-1527-MTS |
| ) | |
| DEPARTMENT OF INSURANCE, ) | |
| FINANCIAL INSTITUTION AND ) | |
| PROFESSIONAL REGISTRATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

During a jury trial on this date, September 7, 2022, the Court declared a mistrial. The Court now opens discovery for a two-week period, to conclude on September 22, 2022. Also, the parties shall have until September 29, 2022, to file a Motion to Reconsider the Court's March 1, 2022, Memorandum and Order, Doc. [176]. The opposing party shall have until October 4, 2022, at 10:00 a.m. to file a Response Brief, with any Reply Brief submitted by October 7, 2022, at 10:00 a.m. The jury trial in this matter is set for October 17, 2022, at 9:00 a.m. The Court will issue a Trial Setting Order in a separate order.

Accordingly,

**IT IS HEREBY ORDERED** that discovery is reopened in this case and shall close on September 29, 2022.

**IT IS FURTHER ORDERED** that any Motion to Reconsider on the Court's March 1, 2022, Memorandum and Order, Doc. [176], shall be due no later than by September 29, 2022, with a briefing schedule as stated in this Order.

Dated this 7th day of September, 2022.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE